Toy T. Roberts and Anna E. Roberts, Appellants, v. Peter Larsen and Gudrun Larsen, Respondents.— Action to recover damages for breach of contract and for fraud. From an order denying a motion to add interest to a jury verdict pursuant to section 480 of the Civil Practice Act, and from an order granting reargument of such motion but adhering to the original decision, plaintiffs appeal. Order granting reargument of motion to add interest to verdict and upon reargument adhering to the original decision, in so far as appealed from, affirmed, with ten dollars costs and disbursements. Appeal from original order dismissed, without costs. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.

Thomas Saunders, Sr., as Administrator, etc., of Harold F. Saunders, Deceased, Respondent, v. Thomas E. Murray, as Receiver of Interborough Rapid Transit Company, Appellant.— Appeal by defendant, in an action to recover damages for wrongful death, from an order (a) denying defendant's motion to vacate a notice of examination before trial and (b) directing the corporation of which defendant is receiver to appear for examination by its officers or other person familiar with the facts. Order affirmed, without costs, the examination to proceed on five days' notice. The respondent's practice has become proper. The procedure indicated in the order appealed from is now justified. (Laws of 1941, chap. 921, adding § 292-a to the Civ. Prac. Act and amending § 289 thereof.) Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

Jack Schultz, Respondent, v. Bernstein & Sons Shirt Corporation, Appellant.— Action to recover damages for breach of a contract of employment. Order denying defendant's motion for summary judgment dismissing the complaint, pursuant to rule 113, Rules of Civil Practice, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.